IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| H&R BLOCK FINANCIAL ADVISORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> J. DEREK MAJKOWSKI, GEORGE SHIRLEY, and JUSTIN ROMERO, <br><br> Defendants. | No. |

### CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for H&R Block Financial Advisors, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of H&R Block Financial Advisors, Inc. which have any outstanding securities in the hands of the public.

H&R Block, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

*[signature]*
Robert C. Gill, Esquire
D.C. Bar No. 413163
Saul Ewing, LLP
1025 Thomas Jefferson Street, N.W.
Suite 425W
Washington, DC 20007
(202) 295-6600
(202) 295-6700 (facsimile)

Attorneys for Plaintiff
H&R Block Financial Advisors, Inc.

Of Counsel:

Christopher P. Stief
Saul Ewing, LLP
Centre Square West, 38th Floor
1500 Market Street
Philadelphia, PA 19102
(215) 972-1965
(215) 972-1941 (facsimile)