IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| H&R BLOCK FINANCIAL ADVISORS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. |
| J. DEREK MAJKOWSKI, GEORGE SHIRLEY, and JUSTIN ROMERO | ) ) ) |
| Defendants. | ) ) |

**MOTION FOR LEAVE FOR ATTORNEY CHRISTOPHER PAUL STIEF TO APPEAR PRO HAC VICE**

Pursuant to United States District Court for the District of Columbia, Rule 83.2(d), the undersigned moves the Court for leave for Christopher Paul Stief to appear *pro hac vice* in this matter. The accompanying declaration of Christopher P. Stief is filed in support of this Motion.

Respectfully submitted,

_____
Robert C. Gill, Esquire
DC Bar No. 413163
SAUL EWING, LLP
1025 Thomas Jefferson Street, N.W.
Suite 425W
Washington, D.C. 20007
(202) 295-6600
(202) 295-6700 (facsimile)

Attorneys for Plaintiff
H&R Block Financial Advisors, Inc.

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served this 12th day of January, 2006, via federal express and facsimile on the following:

Justin Romero
J. Derek Majkowski
George Shirley
c/o SunTrust Investment Services, Inc.
8219 Leesburg Pike
Vienna, Virginia 22182
703-442-1669 (facsimile)

Courtesy copy to the following via federal express and facsimile:

Vernon W. Johnson, III Esquire
Jackson & Campbell
1120 Twentieth St., NW
South Tower
Washington, DC 20036-3437
(202) 457-1678
*Prospective counsel for defendants Justin Romero, J. Derek Majkowski, and George Shirley*

_____
Robert C. Gill

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| H&R BLOCK FINANCIAL ADVISORS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| J. DEREK MAJKOWSKI, GEORGE SHIRLEY, ) | |
| and JUSTIN ROMERO ) | |
| ) | |
| Defendants. ) | |

**DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO APPEAR
<u>PRO HAC VICE</u>**

Pursuant to United States District Court for the District of Columbia, Rule 83.2(d), I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Christopher Paul Stief

2. I practice under the following firm name or letterhead:

   Name: Saul Ewing, LLP

   Address: Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102

   Telephone Number: (215) 972-1965

   Fax: (215) 972-1941

   Email address: cstief@saul.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

   <u>Court</u>: Commonwealth of Pennsylvania; United States District Court for the Eastern District of Pennsylvania; United States Court of Appeals for Third Circuit; United States Court of Appeals for Eleventh Circuit; State of Maine; United States District Courts for District of Maine

1

<u>Date of Admission</u>: 1991 (State of Maine; USDC, D. Me.); 1994 (Commonwealth of PA); 1996 (USDC, ED PA); 1994 (US Ct. Appeals, 3rd Circuit); 1995 (US Ct. Appeals, 11th Circuit)

<u>Bar Number</u> PA I.D. #72505; ME I.D. #007332

4. I am in good standing in all bars of which I am a member.

5. No disciplinary or grievance proceedings have been previously filed against me.

6. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

7. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

8. I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

9. I am not a member of the District of Columbia Bar and do not have an application for membership pending.

I affirm under penalties of perjury in accordance with 28 U.S.C. § 1746 that the foregoing representations are true and correct.

_____
Christopher P. Stief

Saul Ewing LLP
Centre Square West, 38th Floor
1500 Market Street
Philadelphia, Pennsylvania 19102
(215) 972-1965
(215) 972-1941 facsimile

2

915054.1 1/12/06