**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

H&R BLOCK FINANCIAL ADVISORS, INC.,    :

               Plaintiff,         :

                        :

               v.            :   No.

                        :

J. DEREK MAJKOWSKI, GEORGE SHIRLEY,    :
and JUSTIN ROMERO,

                        :

             Defendants.    :

**EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER**
**AND A PRELIMINARY INJUNCTION**

1.      Plaintiff H&R Block Financial Advisors, Inc. ("HRBFA") respectfully moves this Court pursuant to Federal Rule of Civil Procedure 65 for a Temporary Restraining Order and a Preliminary Injunction.

2.      Pursuant to Local Rule 7(f), HRBFA respectfully requests oral argument on the within motion.

3.      HRBFA has filed a Complaint with the Court, which is incorporated herein and made a part hereof by reference.

4.      As stated in HRBFA's Complaint, Defendants have violated the express provisions of their HRBFA employment agreements, have misused HRBFA's trade secret client information, have breached their duty of loyalty to HRBFA, and have engaged in unfair competition.

5.      For the reasons stated in HRBFA's Complaint, unless Defendants are enjoined from converting HRBFA's confidential customer information to their own use and from contacting and soliciting HRBFA clients, HRBFA will be irreparably harmed by:

531434.1 1/12/06

a) Disclosure and/or improper use of trade secrets, customer lists, and/or other confidential information that are solely the property of HRBFA and its clients;

b) Loss of confidentiality of the information contained in clients' records, loss of confidentiality of clients' financial dealings, loss of confidence and trust of clients, loss of goodwill, and loss of business reputation;

c) Loss of personnel, damage to office stability, and a threat to the enforcement of reasonable contracts;

d) Present economic loss, which is unascertainable at this time, and future economic loss, which is presently incalculable.

6.    Plaintiff has no adequate remedy at law.

WHEREFORE, Plaintiff respectfully prays that this Court **ORDER** and **DECREE** that:

(1)    A Temporary Restraining Order and/or a Preliminary Injunction Order issue immediately, enjoining Defendants, directly or indirectly, and whether alone or in concert with others, including any officer, agent, employee and/or representative of Defendants' current employer, SunTrust, until hearing and thereafter until further order of this Court, from:

(a)    contacting , soliciting or calling upon, any person or entity that was a customer of HRBFA, whom Defendants serviced or whose name became known to Defendants, while employed with HRBFA (the "Customers"), for the purpose of or in connection with selling any products or services similar to or in competition with those offered by HRBFA (excluding members of Defendants' immediate family);

(b)    contacting, soliciting, or calling upon any person or entity that was not yet a client of HRBFA but was solicited by, or otherwise had business contact

with, Defendants or other HRBFA agents or employees (the "Prospects") for the

purpose of or in connection with selling any products or services similar to or in

connection with those offered by HRBFA (excluding members of Defendants'

immediate family);

(c)    using, disclosing, or transmitting for any purpose, including

solicitation of said clients, the information contained in the records of HRBFA,

including, but not limited to, the names, addresses and financial information of

HRBFA's Clients and Prospects;

(d)    destroying, erasing or otherwise making unavailable for

further proceedings in this matter, or in any arbitration proceeding between

the parties, any records or documents (including data or information

maintained in computer media) in Defendant's possession or control which

were obtained from or contain information derived from any HRBFA records,

which pertain to HRBFA Clients or Prospects, or which relate to any of the

events alleged in the Complaint in this action;

(2)    Defendants, and anyone acting in active concert or participation with

Defendants, including any agent, employee, officer or representative of Defendants' current

employer, SunTrust, be further ordered to return to HRBFA's Virginia counsel any and all

records, documents and/or information pertaining to HRBFA customers, whether in original,

copied, computerized, handwritten or any other form, and including without limitation the

names, addresses, phone numbers, fax numbers, e-mail addresses and financial holdings of such

customers, and to purge any and all such information from their possession, custody, or control

within 24 hours of service upon Defendants of this Order; provided, however, that any

information so purged shall be printed prior to purging and returned to HRBFA's counsel

pursuant to the terms of this paragraph and consistent with the terms of paragraph 1(c) above.

(3)    The Order remain in full force and effect until such time as the Court

specifically orders otherwise;

(4)    That the Order be effective immediately, conditioned upon HRBFA giving

security in the amount of _____ by no later than January _____, 2006;

(5)    Pending a preliminary injunction hearing before the Court, and pursuant to

the requirements of sections 3 and 4 of the Federal Arbitration Act, 9 U.S.C. §§ 3-4, the parties

be directed to proceed with an expedited arbitration in accordance with Rule 10335 of the NASD

Code of Arbitration Procedure.;

(6)    Defendants be ordered to show cause before this Court on the ___ day of

January, 2006 at ___ o'clock _.m., or as soon thereafter as counsel may be heard, why a

Preliminary Injunction should not be ordered according to the terms and conditions set forth

above.

Respectfully submitted,

_Robert C. Gill_

Robert C. Gill, Esquire
DC Bar No. 413163
SAUL EWING, LLP
1025 Thomas Jefferson Street, N.W.
Suite 425W
Washington, D.C. 20007
(202) 295-6600
(202) 295-6700 (facsimile)

Attorneys for Plaintiff
H&R Block Financial Advisors, Inc.

–5–

Of Counsel:

Christopher P. Stief
Saul Ewing LLP
Centre Square West, 38th Floor
1500 Market Street
Philadelphia, Pennsylvania 19102
(215) 972-1965
(215) 972-1941 (facsimile)