## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| H&R BLOCK FINANCIAL ADVISORS, INC. , )))) | |
| Plaintiff, )) | No. |
| v. )) | |
| J. DEREK MAJKOWSKI, GEORGE SHIRLEY, and JUSTIN ROMERO, )))) | |
| Defendants. )) | |

### RULE 65.1 CERTIFICATION REGARDING NOTICE TO DEFENDANTS

Pursuant to Local Rule 65.1 of the United States District Court for the District of Columbia, the undersigned counsel for Plaintiff hereby certifies as to the efforts made by counsel to provide Defendants with notice of Plaintiff's application for temporary restraining order :

1.      On January 12, 2006, at 12:14 p.m., my colleague and co-counsel, Christopher P. Stief, telephoned the Tysons Corner, Virginia office of SunTrust Investment Services, Inc. ("SunTrust") in which the Defendants are presently employed (telephone number: 703-442-1643). Defendant Justin Romero answered the telephone and Mr. Stief notified him that Plaintiff would be filing a temporary restraining action against the Defendants today with the United States District Court in the District of Columbia. Mr. Romero asked Mr. Stief if he could hold while Mr. Romero found his manager, and Mr. Stief agreed to hold. When Mr. Romero returned, he indicated he had been told to ask for papers to be faxed to him. Mr. Stief took the fax number (703-442-1669), and Mr. Romero attempted to end the call at that point, saying that all he was supposed to do was ask to have the papers faxed. Mr. Stief said he would fax them,

but that he wanted the Defendants to know that Plaintiff would be asking the court to hold a hearing on Plaintiff's application for a temporary restraining order as soon as the Court was available. Mr. Romero indicated that he understood that Plaintiff would be asking for a hearing as soon as possible, but that the ultimate hearing time would be determined by the court upon filing of the papers. Mr. Romero again asked that papers be faxed, and represented that he would provide the papers to his superiors and to appropriate legal counsel as directed by his management/superiors at SunTrust. Mr. Stief told him papers would be faxed as soon as they were complete and ready to file. Mr. Stief also provided his work and cell phone numbers, and urged that the Defendants have their counsel contact Mr. Stief as soon as possible, so that they would have an opportunity to defend themselves. Mr. Romero took the phone numbers and said he would pass them along. All papers are being faxed to the Defendants at the above number as requested.

2.      In addition, this morning at approximately 11:15a.m., Mr. Stief spoke with Vernon Johnson, III, Esquire of the firm of Jackson & Campbell, with offices at 1120 Twentieth St., NW, South Tower, Washington, D.C. 20036-3437. Mr. Johnson is presently representing another former employee of Plaintiff who joined the same Tyson's Corner SunTrust office as the Defendants in this case, Ms. Sarah Klawitter (the action against Ms. Klawitter is pending in the United States District Court for the District of Maryland). Mr. Stief advised Mr. Johnson of Plaintiff's intent to file an application for a temporary restraining order with the Court today, and to seek a hearing as soon as possible. Mr. Johnson advised Mr. Stief that he commonly, but not exclusively, represents brokers who are hired by SunTrust in similar matters around the Washington, D.C. area. Mr. Johnson indicated that he might be retained to defend the Defendants, but he was not yet sure. Mr. Stief offered, and Mr. Johnson agreed it made sense, for the Plaintiff to provide a courtesy copy of all papers filed to Mr. Johnson, so that he would

have them in the event that he is retained to represent the Defendants or, in the alternative, so that he could readily provide to any other counsel who might be retained..  Plaintiff is providing courtesy copies of all papers to Mr. Johnson.

      3.     Mr. Stief has verified below the truth and accuracy of these certifications.

Respectfully submitted,

*Robert C. Gill*

Robert C. Gill, Esquire
D.C. Bar No. 413163
Saul Ewing, LLP
1025 Thomas Jefferson Street, N.W.
Suite 425W
Washington, DC 20007
(202) 295-6600
(202) 295-6700 (facsimile)

Attorneys for Plaintiff
H&R Block Financial Advisors, Inc.

Of Counsel:

Christopher P. Stief
Saul Ewing, LLP
Centre Square West, 38th Floor
1500 Market Street
Philadelphia, PA 19102
(215) 972-1965

## **VERIFICATION**

I, Christopher P. Stief, hereby state that I am familiar with the facts set forth in the foregoing Certificate Required by Rule 65.1 of the Local Rules of the United States District Court for the District of Columbia and that the facts set forth therein are true and correct to the best of my knowledge, information and belief.  This verification is made subject to the penalties of 28 U.S.C. § 1746.

CHRISTOPHER P. STIEF

Dated: January 12, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading is being served this

12th day of January, 2006, via facsimile and Federal Express overnight delivery on defendants

and their prospective counsel at the following locations:

Justin Romero
George Shirley
J. Derek Majkowski
c/o SunTrust Investment Services, Inc.
8219 Leesburg Pike
Vienna, Virginia 22182
703-442-1669 (facsimile)

Vernon W. Johnson, III, Esquire
Jackson & Campbell
1120 Twentieth St., NW, South Tower
Washington, DC 20036-3437
202-457-1678 (facsimile)

Prospective Counsel for Defendants

_Robert C. Gill_
Robert C. Gill