# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| H&R BLOCK FINANCIAL ADVISORS, INC., )<br>)<br>**Plaintiff,** )<br>)<br>v.                        )<br>)<br>J. DEREK MAJKOWSKI,         )<br>GEORGE SHIRLEY, and JUSTIN ROMERO, )<br>)<br>**Defendants.** ) | Case No. 1:06-CV-00057 (JR)<br>**Judge James Robertson** |

### ENTRY OF APPEARANCE

Will the Clerk of the Court please note the entry of appearance of the undersigned counsel for the Defendants in this case, pursuant to LCvR 83.6.

Respectfully submitted,

JACKSON AND CAMPBELL, P.C.

*/s/ Vernon W. Johnson, III*
_____
Vernon W. Johnson, III (#423756)
1120 Twentieth Street, N.W.
South Tower
Washington, D.C. 20036-3437
(202) 457-1600 – telephone
(202) 457-1678 – facsimile

Counsel for Defendants
J. Derek Majkowski, George Shirley,
and Justin Romero

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2006, a copy of the foregoing Entry of Appearance was filed electronically and served upon the following pursuant to LCvR 5.4(d):

Robert C. Gill, Esq.
SAUL EWING, LLP
1025 Thomas Jefferson Street, N.W.
Suite 425W
Washington, D.C. 20007

Counsel for Plaintiff

*/s/ Vernon W. Johnson, III*

Vernon W. Johnson, III

- 2 -