UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No. 1:06CV00057

**H&R BLOCK FINANCIAL ADVISORS, INC.**
                         Plaintiff

vs.                                                                           **TEMPORARY RESTRAINING ORDER BOND**

                                                              Bond No. 104666238

**J. DEREK MAJKOWSKI,
GEORGE SHIRLEY,
AND JUSTIN ROMERO**
                            Defendants

WHEREAS, by Order of the above entitled Court, Plaintiff, **H&R Block Financial Advisors, Inc.**, was required to file an undertaking in the sum of **One Hundred Thousand and NO/100 ($100,000.00) DOLLARS** as a condition for a temporary restraining order to be in effect restraining and enjoining the above named Defendant from the commission of certain acts as more fully set forth in said order.

NOW, THEREFORE, **Travelers Casualty and Surety Company of America**, a corporation organized and existing under the State of **Connecticut** and authorized to transact the business of Surety, as Surety, in consideration of premises and issuance of said temporary restraining order does hereby undertake to pay all costs and disbursements that may be decreed to the Defendants, **J. Derek Majkowski, George Shirley and Justin Romero,** and such damages not exceeding the amount of **One Hundred Thousand and NO/100 ($100,000.00) DOLLARS** as the Defendant **J. Derek Majkowski, George Shirley and Justin Romero** may sustain by reason of said temporary restraining order and/or any ensuing preliminary injunction if the same be wrongfully obtained and without sufficient cause.

THE LIABILITY OF THE SURETY shall in no even exceed the penal sum of the bond, **One Hundred Thousand and NO/100 ($100,000.00) DOLLARS.**

IN WITNESS THEREOF, we have set our hand and seal the **17**th day of **January, 2006.**

                                                                  Travelers Casualty and Surety Company of America

                                                                  By: _____

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**
**TRAVELERS CASUALTY AND SURETY COMPANY**
**FARMINGTON CASUALTY COMPANY**
Hartford, Connecticut 06183-9062

## POWER OF ATTORNEY AND CERTIFICATE OF AUTHORITY OF ATTORNEY(S)-IN-FACT

**KNOW ALL PERSONS BY THESE PRESENTS, THAT TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY** and **FARMINGTON CASUALTY COMPANY**, corporations duly organized under the laws of the State of Connecticut, and having their principal offices in the City of Hartford, County of Hartford, State of Connecticut, (hereinafter the "Companies") hath made, constituted and appointed, and do by these presents make, constitute and appoint: **Philip A. McGee, Peggy A. Woods, Thom T. Nguyen, Steven R. Santa Ana, Ann Lyons, Gerald Wall, Keith E. Gore, Kathleen S. Boyle, Nancy G. Heasley, Donna A. Wassell, Linda D. Boldt, Nancy Ettenger, Michael Olive, Bridget Jennison, Hossay Mattin, Evelin Martin, of Chantilly, Virginia,** their true and lawful Attorney(s)-in-Fact, with full power and authority hereby conferred to sign, execute and acknowledge, at any place within the United States, the following instrument(s): by his/her sole signature and act, any and all bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking and any and all consents incident thereto and to bind the Companies, thereby as fully and to the same extent as if the same were signed by the duly authorized officers of the Companies, and all the acts of said Attorney(s)-in-Fact, pursuant to the authority herein given, are hereby ratified and confirmed.

This appointment is made under and by authority of the following Standing Resolutions of said Companies, which Resolutions are now in full force and effect:

VOTED: That the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her.

VOTED: That the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary.

VOTED: That any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary, or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority.

**This Power of Attorney and Certificate of Authority is signed and sealed by facsimile (mechanical or printed) under and by authority of the following Standing Resolution voted by the Boards of Directors of TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY, which Resolution is now in full force and effect:**

VOTED: That the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking to which it is attached.

(05-04) Unlimited

IN WITNESS WHEREOF, **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY** and **FARMINGTON CASUALTY COMPANY** have caused this instrument to be signed by their **Senior Vice President** and their corporate seals to be hereto affixed this 11th day of January, 2005.

STATE OF CONNECTICUT

}SS. Hartford

COUNTY OF HARTFORD

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
TRAVELERS CASUALTY AND SURETY COMPANY
FARMINGTON CASUALTY COMPANY



By _____
**George W. Thompson**
**Senior Vice President**

On this 11th day of January, 2005 before me personally came **GEORGE W. THOMPSON** to me known, who, being by me duly sworn, did depose and say: that he/she is **Senior Vice President** of **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY** and **FARMINGTON CASUALTY COMPANY**, the corporations described in and which executed the above instrument; that he/she knows the seals of said corporations; that the seals affixed to the said instrument are such corporate seals; and that he/she executed the said instrument on behalf of the corporations by authority of his/her office under the Standing Resolutions thereof.



_____
My commission expires  June 30, 2006  Notary Public
**Marie C. Tetreault**

CERTIFICATE

I, the undersigned, **Senior Vice President** of **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY** and **FARMINGTON CASUALTY COMPANY**, stock corporations of the State of Connecticut, DO HEREBY CERTIFY that the foregoing and attached Power of Attorney and Certificate of Authority remains in full force and has not been revoked; and furthermore, that the Standing Resolutions of the Boards of Directors, as set forth in the Certificate of Authority, are now in force.

Signed and Sealed at the Home Office of the Company, in the City of Hartford, State of Connecticut. Dated this 17th day of January, 20 06.



By _____
**Peter Schwartz**
**Senior Vice President**