# Exhibit "E"



# SUNTRUST

The Capitol Group

SunTrust Investment Services, Inc.
*A SunTrust Company*
8330 Boone Boulevard, 2nd Floor
Vienna, VA 22182
Tel 703.442.1636
Fax 703.442.1649

January 10, 2006

Dear

The New Year is often connected with New Beginnings. After careful consideration, the Capitol Group is pleased to announce it has decided to join SunTrust Investment Services; an affiliate of SunTrust Banks, Inc. While this is a new step and affiliation for the Capitol Group, SunTrust has been serving successful individuals and businesses for more than 110 years, and is one of the nation's largest financial services firms.

Consistent with the values of the Capitol Group, SunTrust operates under the principles of superior service and a commitment to their client's financial health and well-being. In taking this step, we are aligning ourselves with an organization which complements our business and allows us to continue providing advice and solutions that are objective, unbiased, and tailored to our clients' specific needs.

We would like to thank you for your past patronage and wish you and your family a Prosperous New Year.

Best regards,

J. Derek Majkowski, CFP®         George W. Shirley, CFP®         Justin Romero
Vice President                   Assistant Vice President        Investment Associate

*"The great thing in this world is not so much where we stand, but what direction we are moving." – Oliver Wendell Holmes*

Enclosure(s)

The Capitol Group (703) 442-1636

Securities, Insurance, Investment Products and Services are offered by or through SunTrust Investment Services, Inc., a registered broker/dealer affiliate of SunTrust Banks, Inc., and member of the NASD and SIPC. Securities, Insurance, Investment Products and Services:

• Are Not FDIC or Any Other Government Agency Insured • Are Not Bank Guaranteed • May Lose Value