# Exhibit "H"

 

August 10, 2004

MARKETS

# Three Firms Adopt Rules to Handle Broker Defections

By JED HOROWITZ
DOW JONES NEWSWIRES
August 10, 2004; Page C3

DOW JONES REPRINTS

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit: www.djreprints.com.

• See a sample reprint in PDF format.
• Order a reprint of this article now.

NEW YORK -- Moving to lower their litigation costs and ostensibly ease small investors' freedom of choice, three of the biggest U.S. securities companies are adopting a protocol for handling brokers who change jobs.

**Merrill Lynch** & Co., the Smith Barney division of **Citigroup** Inc. and **UBS AG**'s UBS Financial Services Inc. -- which together employ about 33,000 stockbrokers -- are also are inviting other firms to participate in the plan.

"There's a lot of confusion, wasted energy and costs involved when brokers leave firms," said Theodore Levine, a lawyer at Wachtell Lipton and former general counsel at UBS, who helped negotiate the pact. "This reinforces clients' freedom of choice while lowering costs and ensuring the security of personal financial information."

For years, brokers who jumped to new firms ran into roadblocks, including lawsuits accusing them of taking confidential customer data. They would often be restricted from calling former clients until their new employer agreed to make a payment to their former firm.

The protocol, expected to be effective in the fourth quarter, lets departing brokers take customer names, addresses (including e-mail) and phone numbers, but not account information, after resigning in writing to a branch manager. When a customer completes a one-page authorization, the old firm must transfer account data within a day, regardless of previous contractual restrictions, Mr. Levine said.

Mr. Levine said that Merrill, Smith Barney and UBS (formerly PaineWebber) wanted to keep the initial group small to make initial negotiations manageable, but hope the protocol will become an industry standard.

**Morgan Stanley** spokeswoman Andrea Slattery said the firm has been involved in the discussions "and we anticipate solidifying our role in the near future." Morgan Stanley, whose retail unit was formerly known as Dean Witter, has more than 10,000 brokers.

A spokesman at **Wachovia** Corp.'s Wachovia Securities, another of the five biggest U.S. brokers,

declined to comment on whether the firm will participate.

Write to Jed Horowitz at jed.horowitz@dowjones.com[1]

**URL for this article:**
http://online.wsj.com/article/0,,SB109207991942786658,00.html

**Hyperlinks in this Article:**
(1) mailto:jed.horowitz@dowjones.com

**Copyright 2004 Dow Jones & Company, Inc. All Rights Reserved**

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our **Subscriber Agreement** and by copyright law. For non-personal use or to order multiple copies, please contact **Dow Jones Reprints** at 1-800-843-0008 or visit **www.djreprints.com**.