IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| H&R BLOCK FINANCIAL ADVISORS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>J. DEREK MAJKOWSKI,  )<br>GEORGE SHIRLEY, and JUSTIN ROMERO, )<br>)<br>Defendants. ) | Case No. 1:06-CV-00057 (JR)<br>Judge James Robertson |

### ORDER

Upon consideration of the motion of Plaintiff H&R Block Financial Advisors, Inc. for a temporary restraining order and preliminary injunction, the opposition to the motion, and the entire record herein, it is, this ___ day of January, 2006, hereby

ORDERED, that the motion be, and it hereby is, denied it its entirety; and it is further

ORDERED, that this Court's Order dated January 13, 2006 be, and it hereby is, vacated and dissolved in its entirety; and it is further

ORDERED, that this matter is stayed in its entirety pending arbitration of this matter before NASD Dispute Resolution, Inc.; and it is further

ORDERED, that the parties shall proceed to arbitration in the matter pending before NASD.

_____
James Robertson
United States District Judge

COPIES TO:

Robert C. Gill
SAUL EWING, LLP
1025 Thomas Jefferson Street, N.W.
Suite 425W
Washington, D.C. 20007

Christopher P. Stief
SAUL EWING, LLP
1500 Market Street
38th Floor
Philadelphia, PA 19102-2186

Vernon W. Johnson, III
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W.
South Tower
Washington, D.C. 20036-3437