IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| H&R BLOCK FINANCIAL ADVISORS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.           ) | Case No. 1:06-CV-00057 (JR) |
| ) | Judge James Robertson |
| J. DEREK MAJKOWSKI, ) | |
| GEORGE SHIRLEY, and JUSTIN ROMERO, ) | |
| ) | |
| Defendants. ) | |

**PRAECIPE CORRECTING PAGE 16 OF DEFENDANTS'
OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

Defendants J. Derek Majkowski, George Shirley, and Justin Romero, by and through their undersigned counsel, hereby file this praecipe to correct a typographical error on Page 16 of their Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. The first quote from this Court's decision in *Morgan Stanley DW, Inc. v. Rothe,* 150 F.Supp.2d. 67 (D.D.C. 2001) should read as follows, with the corrected word in bold: This Court noted in that regard that, ". . . the agreement does not **prevent** the defendant's former Morgan Stanley clients who wish to continue working with the defendant from *contacting him*, and choosing to move their accounts to Oppenheimer." *See id.,* 150 F.Supp.2d. at 74 (italics in original). (The word "permit" was previously used in error.)

Respectfully submitted,

JACKSON AND CAMPBELL, P.C.

*/s/ Vernon W. Johnson, III*
_____
Vernon W. Johnson, III (#423756)
1120 Twentieth Street, N.W.
South Tower
Washington, D.C.  20036-3437
(202) 457-1600 – telephone
(202) 457-1678 – facsimile

Counsel for Defendants
J. Derek Majkowski, George Shirley,
and Justin Romero

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2006, a copy of the foregoing Correction to Page 16 of Defendants' Opposition to Motion for Temporary Restraining Order and Preliminary was filed electronically and served upon the following pursuant to LCvR 5.4(d):

Robert C. Gill, Esq.
SAUL EWING, LLP
1025 Thomas Jefferson Street, N.W.
Suite 425W
Washington, D.C. 20007

Counsel for Plaintiff

*/s/ Vernon W. Johnson, III*

Vernon W. Johnson, III