# United States Court of Appeals
### For The District of Columbia Circuit

**No. 06-7001**  **September Term, 2005**

06cv00057

H&R Block Financial Advisors, Inc.,
  Appellant

v.

J. Derek Majkowski, et al.,
  Appellees



MANDATE

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 3/14/06

BY: [signature] Deputy Clerk

ATTACHED: __ Amending Order  __ Opinion  __ Order on Costs

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED JAN 3 0 2006

CLERK

**BEFORE:** Sentelle, Tatel, and Garland, Circuit Judges

## ORDER

Upon consideration of the motion for temporary restraining order and preliminary injunction pending appeal, it is

**ORDERED** that the motion for temporary restraining order and preliminary injunction pending appeal be denied. Appellant has not satisfied the stringent standards required for an injunction. See Washington Metropolitan Area Transit Commission v. Holiday Tours, Inc., 559 F.2d 841, 843 (D.C. Cir. 1977); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2005). It is

**FURTHER ORDERED**, on the court's own motion, that the district court's January 24, 2006 order denying appellant's motion for a preliminary injunction be affirmed. Given this court's conclusion that appellant has not met the requirements for preliminary relief pending appeal, it necessarily follows that the district court did not abuse its discretion in applying the same standard to deny appellant's request for a preliminary injunction. See Deaver v. Seymour, 822 F.2d 66, 66-67 (D.C. Cir. 1987) (court sua sponte affirmed district court's denial of preliminary injunction after concluding appellant did not meet requirements for injunction pending appeal).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: [signature] Deputy Clerk