IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

H&R BLOCK FINANCIAL ADVISORS, INC., )
)
      Plaintiff, )
)
v. )   Case No. 1:06-CV-00057 (JR)
)   Judge James Robertson
J. DEREK MAJKOWSKI, )
GEORGE SHIRLEY, and JUSTIN ROMERO, )
)
      Defendants. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this lawsuit, H&R Block Financial Advisors, Inc., J. Derek Majkowski, George Shirley, and Justin Romero, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate that this case be dismissed, with prejudice, as to all claims. Each party shall bear his or its own attorneys' fees and costs.

      Respectfully submitted,

      SAUL EWING, LLP

      */s/ Robert C. Gill*
      _____
      Robert C. Gill (#413163)
      1025 Thomas Jefferson Street, N.W.
      Suite 425W
      Washington, D.C. 20007
      (215) 295-6600 – telephone
      (215) 295-6700 – facsimile

      Counsel for Plaintiff

NIXON PEABODY, LLP

*/s/ Vernon W. Johnson, III*
_____
Vernon W. Johnson, III (#423756)
401 Ninth Street, N.W.
Suite 900
Washington, D.C. 20004
(202) 585-8401 – telephone
(202) 585-8080 – facsimile

Counsel for Defendants
J. Derek Majkowski, George Shirley,
and Justin Romero